IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Sarah Charette, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 5:15-cv-05176-TLB |
| Progressive Finance Holdings, LLC, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 20, 2015

    Respectfully submitted,

    PLAINTIFF, Sarah Charette

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    LEMBERG LAW, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Daniel JT McKenna, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

                                                    By /s/ Sergei Lemberg
                                                        Sergei Lemberg, Esq.