IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SARAH CHARETTE                                                                                         PLAINTIFF

vs.                                   NO.  15-5176

PROGRESSIVE FINANCE HOLDINGS, LLC                                         DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 3rd day of February, 2016, the plaintiff herein having filed his Voluntary Notice of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY:  /s/ Teri Gunderson
        Deputy Clerk